C. Barry Zimmerman
Chapter 13 Trustee
P.O. Box 1240
Coeur d'Alene, ID 83814
(208) 664-6100 - Telephone
(208) 664-4737 - Facsimile
cbarryz13@gmail.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>Volking, David P | CHAPTER 13<br>CASE NO 17-20796<br><br>TRUSTEE'S WITHDRAWAL OF<br>MOTION TO DISMISS |

NOW COMES C. Barry Zimmerman, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and withdraws his Motion to Dismiss dated

DATED: 3/25/2019

/s/ C. Barry Zimmerman
**C. Barry Zimmerman, Trustee**

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 1**

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Attorney:  Jeffrey Andrews

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:


/s/ Lori Zimmerman
**Lori Zimmerman, Administrator**

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 2**