C. Barry Zimmerman
Chapter 13 Trustee
P.O. Box 1240
Coeur d'Alene, ID  83816
(208) 664-6100 - Telephone
(208) 664-4737 - Facsimile
chapter13trustee@icehouse.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE:<br><br>DAVID P VOLKING | CHAPTER 13<br><br>CASE NO.  17-20796-TLM<br><br>**TRUSTEE'S MOTION TO**<br>**DISMISS AND NOTICE** |
|---|---|

**NOW COMES**, the undersigned Chapter 13 Trustee, and pursuant to United States Bankruptcy Rule 9014 and 11 U.S.C. § 1307(c) hereby moves to dismiss this case for "cause" including the following:

**- The debtor is currently 4864.00 delinquent with the Trustee.**

**NOTICE OF RIGHT TO OBJECT TO DISMISSAL**

TO:    The above Debtor(s) and to their Attorney:

**YOU ARE HEREBY NOTIFIED THAT** if you object to entry of an Order Dismissing this Chapter 13 case for the cause stated above, YOU ARE REQUIRED TO CONTACT THE CHAPTER 13 TRUSTEE at the above address.

**YOU ARE HEREBY FURTHER NOTIFIED THAT** if you fail to contact the Chapter 13 Trustee within 21 days of the date of service of this Motion, the Chapter 13 Trustee will present an Order Dismissing the case to the Court for entry without further notice to you or a hearing.

DATED:  May 31, 2019

/s/ C. Barry Zimmerman
**C. Barry Zimmerman, Ch. 13 Trustee**

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 31, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

DAVID P VOLKING
430 E. TITANIUM CR.
POST FALLS, ID  83854-

/s/ Lori Zimmerman
**Lori Zimmerman, Administrator**